**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tiombe HARRIS, Defendant–Appellant.**

No. 09–15990
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 8, 2011.

Daniel Gary Hamm, Montgomery, AL, for Defendant–Appellant.

Susan Redmond, Montgomery, AL, for Plaintiff–Appellee.

Before PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Daniel G. Hamm, appointed counsel for Tiombe Harris, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Harris's convictions and sentences are **AFFIRMED.**